# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                         Case No. 23−30425
                                                                                    Chapter 13

Brandy Lynn Blevins ,

        Debtor.

## ORDER DISMISSING BANKRUPTCY CASE

        Since the debtor filed a motion to dismiss this chapter 13 bankruptcy case, and the case has not been converted under 11 U.S.C. §§ 706, 1112, or 1208, it is

        **ORDERED** that this bankruptcy case is **DISMISSED.** It is

        **FURTHER ORDERED** that the chapter 13 trustee's office shall file and serve on all creditors a final account reflecting the receipts and disbursements in this case.

        All pending motions and objections are terminated with this order. If this case is reinstated, any motions so terminated may be refiled without an additional filing fee.

Dated May 15, 2023

                                                       Christopher L. Hawkins
                                                       United States Bankruptcy Judge

NOTICE:
Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.